AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

QUENTIN WEBB

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

| | |
|---|---|
| Case No. | 6:16CR60015-003 |
| USM No. | 09988-010 |

Clay Janske
_____
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    One-Ten, and Thirteen    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Mandatory Condition #3: Use of a Controlled Substance | October 24, 2023 |
| Two | Standard Condition #7: Maintain Employment | October 31, 2023 |
| Three | Mandatory Condition #3: Use of a Controlled Substance | October 31, 2023 |
| Four | Mandatory Condition #3: Use of a Controlled Substance | November 8, 2023 |
| Five | Mandatory Condition #3: Use of a Controlled Substance | December 14, 2023 |
| Six | Mandatory Condition #3: Use of a Controlled Substance | January 24, 2024 |
| Seven | Mandatory Condition #3: Use of a Controlled Substance | February 14, 2024 |
| Eight | Mandatory Condition #1: New Law Violation | May 1, 2024 |
| Nine | Mandatory Condition #3: Use of a Controlled Substance | May 21, 2024 |
| Ten | Special Condition #2: Failure to Report for Drug Testing | September 30, 2024 |
| Thirteen | Mandatory Condition #1: New Law Violation | November 19, 2025 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)  Eleven and Twelve  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec.    0154

Defendant's Year of Birth:    1969

City and State of Defendant's Residence:
Hot Springs, Arkansas

July 8, 2026
_____
Date of Imposition of Judgment

/s/Susan O. Hickey
_____
Signature of Judge

Honorable Susan O. Hickey, Senior U.S. District Judge
_____
Name and Title of Judge

July 8, 2026
_____
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:        QUENTIN WEBB
CASE NUMBER:      6:16CR60015-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Twenty-Four (24) months with credit for time served in federal custody, to be served consecutively to his sentence in Case No. 6:25CR60007-001. There will be no term of supervised release to follow.**

☒  The court makes the following recommendations to the Bureau of Prisons:
That the defendant be allowed to participate in any drug treatment program for which he may qualify.
That the defendant be allowed to participate in any educational and vocational programs for which he expresses an interest.
That the defendant be housed at FCI Petersburg, Virginia.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL